NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN SHANE NELSON,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D20-984
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

PER CURIAM.

            Affirmed.

SILBERMAN, LaROSE, and SMITH, JJ., Concur.